1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GREGORY DOUGLAS MINER,              ) NO. CV 10-07005 ODW (SS)
                                         )
12                  Petitioner,          )
                                         )
13          v.                           )          **JUDGMENT**
                                         )
14   GEORGE NEOTTI, Warden,              )
                                         )
15                  Respondent.          )
     _____)

16

17

18       Pursuant to the Court's Order Dismissing Habeas Action Without

19   Prejudice,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24       DATED: September 29, 2010

25                                    _____

26                                    OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE

27

28